**EXHIBIT 1:** INFRINGEMENT #1

URL: https://www.facebook.com/watch/?v=1086920831714675#



**EXHIBIT 1:** INFRINGEMENT #2

URL: https://www.instagram.com/reel/CSfSi8gFDZz/

